STATE of Missouri, Respondent,

v.

Tiffany MASONER, Appellant.

No. WD 74700.

Missouri Court of Appeals,
Western District.

April 9, 2013.

Todd T. Smith, for respondent.

Alexa I. Pearson, for appellant.

Before Division One: THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

### *ORDER*

PER CURIAM:

Tiffany A. Masoner appeals from her conviction of one count of class C felony stealing, § 570.030. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for